UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MODLIN,** *et al.*                                                                                            **CIVIL ACTION**

**VERSUS**                                                                                                                      **No. 06-6630**

**ANPAC LOUISIANA INSURANCE CO.,** *et al.*                       **SECTION: I/2**

**ORDER AND REASONS**

The matter before the Court is a motion to remand filed on behalf of plaintiffs, Markus and Debra Modlin. Defendants in this matter are ANPAC Louisiana Insurance Company and Peter Romano. For the following reasons, plaintiffs' motion is **GRANTED**.

This Court has issued extensive opinions on the full range of legal issues regarding motions to remand in Hurricane Katrina insurance litigation. *See, e.g.*, *Bourgeois v. State Farm Fire & Cas. Co.*, No. 06-8037, 2006 WL 3344736 (E.D. La. Nov. 16, 2006); *Rizzuto v. Tully*, No. 06-6883, 2006 WL 3332832 (E.D. La. Nov. 14, 2006); *Jackson v. State Fire & Cas. Ins. Co.*, No. 06-4467, 2006 WL 3332835 (E.D. La. Nov. 9, 2006); *Yount v. Lafayette Ins. Co.*, No. 06-7382, 2006 WL 3240790 (E.D. La. Nov. 7, 2006); *Trosclair v. Security Plan Life Ins. Co.*, No. 06-9220, 2006 U.S. Dist. LEXIS 84100 (E.D. La. Nov. 6, 2006); *Richmond v. Chubb Group of Ins. Cos.*, No. 06-3973, 2006 WL 2710566 (E.D. La. Sept. 20, 2006); *Best v. Independent Ins. Assocs. Inc.*, No. 06-1130, 2006 WL 2710445 (E.D. La. Sept. 19, 2006); *Nash v. Harry Kelleher & Co.*, No. 06-1083, 2006 WL 2644960 (E.D. La. Sept. 14, 2006); *Smith Lupo Williams Partners v. Carter*, No. 06-2808, 2006 WL 2548255 (E.D. La. Aug. 31, 2006).

After fully considering the law, the facts, and the arguments of all parties, the Court finds

that the above-cited decisions, when applied to the facts of this case, dictate a remand. The Court is inundated with motions to remand in cases such as this one, and it is neither in the interest of justice nor judicial economy to issue an extensive, yet repetitive, opinion. The Court, therefore, incorporates the applicable legal standards and analysis from its prior opinions as though fully written herein.

    Accordingly,

    **IT IS ORDERED** that the motion to remand filed on behalf of plaintiffs[1] is **GRANTED,** and the case is **REMANDED** to the 34th Judicial District Court for the Parish of St. Bernard, Louisiana.

    New Orleans, Louisiana, December __12th__, 2006.

                                  **LANCE M. AFRICK**
                              **UNITED STATES DISTRICT JUDGE**

---

[1] Rec. Doc. No. 11.